

UNITED STATES GOVERNMENT
# NATIONAL LABOR RELATIONS BOARD
OFFICE OF THE GENERAL COUNSEL

Washington, D.C. 20570

July 27, 2005

Re: Republic Engineered Products, LLC
Case No. 8-CA-35807-1

United Steelworkers of America, Local 1104
(Republic Engineered Products, LLC)
Case No. 8-CB-10346-1

Mr. Phillip Oliver
332 Brace Avenue
Elyria, OH 44035

Dear Mr. Oliver:

Receipt of your appeal in the above matter is acknowledged. Upon receipt of the investigative file from the Regional Director, the appeal will be assigned for processing. You may be assured your appeal will receive careful consideration and that you and all interested parties will be advised, as soon as possible, of our decision.

Sincerely,

Arthur F. Rosenfeld
Acting General Counsel

By /s/ Yvonne D. Dixon
Yvonne T. Dixon, Director
Office of Appeals

cc: Director, Region 8

Mr. R. E. Messner
Republic Engineered Products, LLC
1807 East 28th Street
Lorain, OH 44052

Mr. Pat Gallagher
United Steelworkers of America,
 AFL-CIO, CLC
District 1/Sub-District 1
25111 Miles Road, Suite H
Warrensville Heights, OH 44128

Case No. 8-CA-35807-1, et al. -2

Mr. Don Brown
United Steelworkers of America, Local 1104
2502 Broadway
Lorain, OH 44052

wp