NLRB-508

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD

# CHARGE AGAINST LABOR ORGANIZATION OR ITS AGENTS

FORM EXEMPT UNDER 44 U.S.C. 3512

DO NOT WRITE IN THIS SPACE

| Case | Date Filed |
|---|---|
| 10-CB-8236  8-CB-10286 | 2/2/05 |

INSTRUCTIONS: CS:cjc
File an original and 4 copies of this charge and an additional copy for each organization, each local, and each individual named in item 1 with the NLRB Regional Director of the region in which the alleged unfair labor practice occurred or is occurring.

### 1. LABOR ORGANIZATION OR ITS AGENTS AGAINST WHICH CHARGE IS BROUGHT

a. Name
United Steelworkers of America Local 1104

b. Union Representative to contact
Dash Sokol, Union President

c. Telephone No.
(440) 244-1358

d. Address (street, city, state and ZIP code)
2501 Broadway, Lorain, OH 44052

e. The above-named organization(s) or its agents has (have) engaged in and is (are) engaging in unfair labor practices within the meaning of section 8(b), subsection(s) (1)(A) of the National Labor Relations Act, and these unfair labor practices are unfair practices affecting commerce within the meaning of the Act.

2. Basis of the Charge (set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)

Since on or about September 25, 2005, and continuously thereafter, it, a labor organization, by its officers, agents and representatives, restrained and coerced, and is restraining and coercing, an employee of Republic Engineered Products, in the exercise of his rights to self-organization, to form, join or assist labor organizations, to bargain collectively through representatives of their own choosing, and to engage in other concerted activities for the purpose of collective bargaining or other mutual aid or protection, or to refrain from any or all such activities, which rights are guaranteed in Section 7 of the said Act.

Specifically, United Steelworkers of America Local 1104 has failed to process a grievance regarding the work assignment of Phillip Oliver.

3. Name of Employer
Republic Engineered Products

4. Telephone No.
(440) 277-2870

5. Location of plant involved (street, city, state and ZIP code)
1807 E. 28th Street, Lorain, OH 44052

6. Employer representative to contact
Deana Jerald, Human Resources

7. Type of establishment (factory, mine, wholesaler, etc.)
Steel Manufacturer

8. Identify principal product or service
Automotive Parts

9. Number of workers employed
1100

10. Full name of party filing charge
Phillip Oliver

11. Address of party filing charge (street, city, state and ZIP code)
332 Brace Ave., Elyria, OH 44035

12. Telephone No.
(440)452-3102

### 6. DECLARATION

I declare that I have read the above charge and that the statements therein are true to the best of my knowledge and belief.

By /s/ Phillip Oliver
Signature of representative or person making charge

Title An Individual

Address
332 Brace Ave., Elyria, OH 44035

Telephone No.
(440) 452-3102

Date
2/2/05

WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT
(U.S. CODE, TITLE 18, SECTION 1001)