

UNITED STATES GOVERNMENT
# NATIONAL LABOR RELATIONS BOARD
OFFICE OF THE GENERAL COUNSEL

Washington, D.C.  20570

March 30, 2005

Re: USWA, Local 1104
    (Republic Engineered Products)
    Case No. 10-CB-8236-1

Mr. Phillip Oliver
332 Brace Avenue
Elyria, OH  44035

Dear Mr. Oliver:

Receipt of your appeal in the above matter is acknowledged.  Upon receipt of the investigative file from the Regional Director, the appeal will be assigned for processing.  You may be assured your appeal will receive careful consideration and that you and all interested parties will be advised, as soon as possible, of our decision.

    Sincerely,

    Arthur F. Rosenfeld
    General Counsel

By_____
    Yvonne T. Dixon, Director
    Office of Appeals

cc: Director, Region 10

Mr. Dash Sokol
USWA, Local 1104
2501 Broadway
Lorain, OH  44052

Mr. Pat Gallagher
USWA
25111 Miles Road, Suite H
Warrensville Heights, OH  44128

Ms. Deana Jerald
Republic Engineered Products
1807 East 28th Street
Lorain, OH  44052

mdp



UNITED STATES GOVERNMENT
## NATIONAL LABOR RELATIONS BOARD
OFFICE OF THE GENERAL COUNSEL
Washington, D.C. 20570

April 7, 2005

Re: USWA, Local 1104
(Republic Engineered Products)
Case No. 10-CB-8236-1

Mr. Phillip Oliver
332 Brace Avenue
Elyria, OH 44035

Dear Mr. Oliver:

Your appeal from the Regional Director's dismissal of the above complaint has been carefully considered.

The appeal is denied for the reasons set forth in the Regional Director's letter of March 8, 2005.

Sincerely,

Arthur F. Rosenfeld
General Counsel

By_____
Yvonne T. Dixon, Director
Office of Appeals

cc: Director, Region 10

Mr. Dash Sokol
USWA, Local 1104
2501 Broadway
Lorain, OH 44052

Mr. Pat Gallagher
USWA
25111 Miles Road, Suite H
Warrensville Heights, OH 44128

Ms. Deana Jerald
Republic Engineered Products
1807 East 28th Street
Lorain, OH 44052

trs